L. E. Ellison, for appellant; Dixon, Bales & Gunner, for appellee; William R. Gunner, of counsel. Opinion by JUSTICE WOLFE. Not to be published in full. Opinion filed January 28, 1954; released for publication February 15, 1954.

## Anthony Sparacino, Plaintiff-Appellant, v. Joe Ferona, Defendant-Appellee.

### Gen. No. 10,721. (Abstract of Decision.)

John R. Snively, for appellant; Thomas & Davis, for appellee; Charles H. Davis, of counsel. Opinion by JUSTICE WOLFE. Not to be published in full. Opinion filed January 28, 1954; released for publication February 15, 1954.

## John Steele, Plaintiff-Appellee, v. Mary Steele et al., Defendants-Appellants.

### Gen. No. 10,726. (Abstract of Decision.)

Walter C. Overbeck, for appellants; John J. Wosik, Josef T. Skinner, and L. D. Spaulding, Jr., for appellee. Opinion by JUSTICE WOLFE. Not to be published in full. Opinion filed January 28, 1954; released for publication February 15, 1954.

People of City of Centralia, Petitioners-Appellees, v. City of Centralia, Robert M. Washburn, and William C. Stephens, Objectors-Appellants.

In the Matter of Petition of Josie Mable Copple et al., Relative to Sale of Municipal Airport Property Filed with City Clerk of Centralia January 24, 1953, and Objections Thereto.

Term No. 53–O–1.

228